JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA MACIAS, <br><br> Plaintiff <br><br> v. <br><br> ANDREW SAUL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:20-cv-03416-PD <br><br> **JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: March 09, 2021

*Patricia Donahue*

PATRICIA DONAHUE
United States Magistrate Judge

-1-